In the Matter of JOHN BRODERICK et al., Respondents, against CITY OF NEW YORK et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and·disbursements. We hold that the action of the Budget Director in creating the additional positions involved herein without the specific approval of the Board of Estimate was not sanctioned by law. This·renders it unnecessary for us to pass on the other questions at issue. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [182 Misc. 990.] [See post, p. 894.]

In the Matter of RICHARD WELLING, Respondent, against PATRICK WALSH, as Commissioner of the Fire Department of the City of New York, et al., Appellants; RICHARD B. HAYNES, Intervener, Defendant, and JAMES W. O. WOOD et al., Interveners, Defendants-Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. We hold that the action of the Budget Director in creating the additional positions involved herein without the specific approval of the Board of Estimate was not sanctioned by law. This renders it unnecessary for us to pass on the other questions at issue. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 894.]

ANITA M. GARDNER et al., Appellants, v. FRANK C. SHATTUCK Co., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SIGISMOND J. STOJOWSKI et al., Respondents, v. BANQUE DE FRANCE, Defendant, and JOHN J. McCLOSKEY, JR., as Sheriff of the City of New York, Defendant-Appellant. SIGISMOND J. STOJOWSKI et al., Respondents, v. BANQUE DE FRANCE, Defendant, and JOHN J. McCLOSKEY, JR., as Sheriff of the City of New York, Defendant-Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 904.]

In the Matter of OVERSEAS NEWS AGENCY, INC., Appellant, against OVERSEAS PRESS, INC., et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [183 Misc. 40.]

MARY E. BEANS, Appellant, v. FRANK G. SHATTUCK COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

STUYVESANT CONSTRUCTION CORPORATION et al., Respondents, v. FING HOLDING CORPORATION et al., Defendants, and BREMER TOOL CORPORATION et al., Defendants-Appellants.— Order, granting plaintiffs' motion to vacate notice of examination before trial, unanimously reversed, with ten dollars costs and disbursements, and said motion denied as to all items except item "10" of the notice of examination which is granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, pp. 894, 903.]